```
 1  PETER SEAN BRADLEY, ESQ., #109258
    DAVID DOUGLAS DOYLE, ESQ., #100595
 2  THOMAS WATSON, ESQ., #144457
    DOYLE, PENNER, BRADLEY & WATSON
 3  5200 North Palm Avenue
    Fresno, California 93704
 4  Telephone: (559) 243-4500
    Facsimile:  (559) 243-4505
 5
 6  ATTORNEYS FOR PLAINTIFF
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10  JOHN GRAY,                )  NO.  CIV F 02 5286 AWI DLB
                              )
11          Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                              )  THE HEARING DATE FOR DEFENDANT'S
12  v                         )  MOTION   FOR   RECONSIDERATION
                              )  AND/OR PROTECTIVE ORDER FROM
13  PINE MOUNTAIN LAKE        )  DECEMBER 8, 2003
    ASSOCIATION, a non-profit )
14  mutual benefit corporation,)
                              )
15          Defendant.        )
                              )
16
```

17       IT IS HEREBY STIPULATED by and between the parties through

18  their respective attorneys of record, that plaintiff John Gray and

19  defendant Pine Mountain Lake Association (herein collectively, the

20  "Parties") hereby represent, agree and request as follows:

21       1.   In light of the Parties agreement to mediate this matter,

22  the Parties agree to continue the hearing date for Defendant's

23  Motion for Reconsideration and/or Protective Order from December 8,

24  2003 to January 26, 2004 at 1:30 p.m.  The briefing schedule will

25  reflect the new hearing date.

26  Dated:    November 19, 2003       DOYLE, PENNER, BRADLEY & WATSON

27

28                                    By _____
                                         PETER SEAN BRADLEY
                                         Attorneys for Plaintiff

STIPULATION                               GRAY V PINE MOUNTAIN
                              1           CASE NO. CIV F 02 5286 AWI DLB

| | |
|---|---|
| 1 | |
| 2  Dated:     November 19, 2003 | HANCOCK ROTHERT & BUNSHOFT LLP |

By _____
   TIMOTHY C. DAVIS
   Attorneys for Defendant

Pursuant to the parties' stipulation, the hearing on Defendant's Motion for Reconsideration and/or Protective Order is hereby continued to January 26, 2004 at 1:30 p.m.

Dated: _____, 2003        _____
                                     UNITED STATES DISTRICT COURT

1  Dated:    November 19, 2003          HANCOCK ROTHERT & BUNSHOFT LLP
2
3
4                                        By _____
                                            TIMOTHY C. DAVIS
5                                           Attorneys for Defendant
6
7      Pursuant to the parties' stipulation, the hearing on
   Defendant's Motion for Reconsideration and/or Protective Order is
8
   hereby continued to January 26, 2004 at 1:30 p.m.
9
10 Dated: _Nov. 19_, 2003
                                         _____
11                                        UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION                                 GRAY V. PINE MOUNTAIN
                           2                CASE NO. CIV F 02 5286 AWI DLB

```
                    United States District Court
                              for the
                    Eastern District of California
                          November 21, 2003
```

```
                    * * CERTIFICATE OF SERVICE * *

                              1:02-cv-05286
```

Gray

    v.

Pine Mountain Lake

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 21, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
                              AWI DLB
        David Douglas Doyle
        Doyle Penner Bradley and Armstrong
        5200 North Palm Avenue
        Suite 402
        Fresno, CA  93704

        Timothy C Davis
        Hancock Rothert and Bunshoft LLP
        Four Embarcadero Center
        Third Floor
        San Francisco, CA  94111-5550

        Sheila Sharei
        Hancock Rothert and Bunshoft LLP
        Four Embarcadero Center
        Third Floor
        San Francisco, CA  94111-5550
```

```
                                    Jack L. Wagner, Clerk

                                    BY:
                                       Deputy Clerk
```